DISMISS; Opinion filed October 9, 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-12-01086-CV

**CLASSIC SUPEROOF LLC, Appellant**

**V.**

**DONNA MASSOUD F/K/A DONNA BEAN AND PROSPERITY BANK, Appellees**

On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 3-1338-2012

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant informs the Court that it no longer desires to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

CAROLYN WRIGHT
CHIEF JUSTICE

121086F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CLASSIC SUPEROOF LLC, Appellant

No. 05-12-01086-CV      V.

DONNA MASSOUD F/K/A DONNA BEAN
AND PROSPERITY BANK, Appellees

Appeal from the County Court at Law No. 3 of Collin County, Texas. (Tr.Ct.No. 3-1338-2012).
Opinion delivered by Chief Justice Wright, Justices Francis and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered October 9, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE